## (September 26, 1977)

■ BONITA S. DECKER, Respondent, v JAMES H. DECKER, Appellant.—In an action to cancel a separation agreement, defendant appeals from a judgment of the Supreme Court, Orange County, dated October 21, 1976, which, after a nonjury trial, declared a modification of the parties' separation agreement to be void. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice O'Gorman at Trial Term. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.